IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of George Darrell Berglund - #133677 | No. C 14-80192 WHA<br><br>**ORDER LIFTING INTERIM SUSPENSION** |

An order to show cause suspended George Darrell Berglund's membership in the bar of this Court on an interim basis. Attorney Berglund timely responded with documentation establishing that he has been restored to active membership in the State Bar of California. The interim suspension is accordingly **LIFTED**.

**IT IS SO ORDERED.**

Dated: August 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE